# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-four.

Before:      José A. Cabranes,
                 *Circuit Judge.*

_____

United States of America,

     Appellee,

  v.

Mary Clanton, Jean Martelly, Melva James, Shahidah Clanton,

     Interested Parties-Appellants,

Jamillah Rivera, Tony Clanton,

     Respondents.

_____

**ORDER**

Docket Nos. 24-1423(L), 24-1427(Con), 24-1428(Con), 24-1429(Con)

     Appellant Shahidah Clanton, on behalf of all appellants, seeks a 90-day extension of time until January 27, 2025 to file the opening brief.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                     For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court